IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ABIGAIL MARTINEZ, | § |
| Plaintiff, | § 5-21-CV-00301-RBF |
| vs. | § |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY; | § |
| Defendant. | § |

**FINAL JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that the judgment of the Commissioner is **REVERSED** and this case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

Upon entry of this Judgment, the Court's jurisdiction shall terminate except for purposes of consideration and determination of motions for attorney's fees, including any motion for such fees under the Equal Access to Justice Act.

**IT IS SO ORDERED.**

SIGNED this 13th day of June, 2022.

RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE